No. 623. SWIFT & Co. *v.* JOHN DOE ET AL. St. Louis Court of Appeals of Missouri. Certiorari denied. *Walter R. Mayne* and *Earl G. Spiker* for petitioner. *Harry H. Craig* and *J. T. Wiley, Jr.* for respondents.

No. 626. DANNING, TRUSTEE IN BANKRUPTCY, *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Martin Gendel* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.

No. 632. SOUTHERN BLEACHERY & PRINT WORKS, INC., *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied. *Frank A. Constangy, M. A. Prowell* and *Fred W. Elarbee, Jr.* for petitioner. *Solicitor General Rankin, Jerome D. Fenton, Thomas J. McDermott* and *Dominick L. Manoli* for respondent.

No. 635. LADUE & Co. *v.* ROGERS, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN. C. A. 7th Cir. Certiorari denied. *Nathan Shefner* for petitioner. *Solicitor General Rankin, Assistant Attorney General Townsend, George B. Searls* and *Irwin A. Seibel* for respondent.

No. 636. PACIFIC EMPLOYERS INSURANCE Co. *v.* INDUSTRIAL ACCIDENT COMMISSION OF CALIFORNIA ET AL. Supreme Court of California. Certiorari denied. *W. N. Mullen* for petitioner. *Everett A. Corten* for the Industrial Accident Commission of California, and *Solicitor General Rankin, Assistant Attorney General Doub, Morton Hollander* and *Herbert E. Morris* for the Veterans Administration, respondents.